Kevin A. Harding
95 Edgemere Rd
Boston, MA 02132
857-273-3529
Kevinharding30@outlook.com

## U.S DISTRICT COURT OF NEWJERSEY

### MERCER COUNTY

R E C E I V E D

JUL 0 7 2017

AT 8:30_____M
WILLIAM T. WALSH
CLERK

KEVIN A. HARDING

      Plaintiff,

vs.

THOMAS EDISON STATE COLLEGE,

      Defendant

COMPLAINT

COMES NOW  Kevin Anthony Harding, Pro Se to file a suit against Thomas Edison State College in the state of New Jersey with support there of to show unto the court the following matters

1. The Plaintiff was illegally expelled from Thomas Edison State College in violation of the plaintiffs 1st Amendment Right to freedom of speech on October 6, 2015.

2. Thomas Edison State College committed personal injury against Mr. Harding by slandering Mr. Harding as having made a threat to do harm against Thomas Edison State College to Mr. Harding.

3. Thomas Edison State College committed personal injury against Mr. Harding by slandering Mr. Harding as having made a threat to do harm during the expulsion hearing of Mr. Harding, which resulted in the expulsion of Mr. Harding.

4. Thomas Edison State College committed personal injury against Mr. Harding by slandering Mr. Harding in submitting a false claim to the Federal Bureau of Investigation that Mr, Harding threatened Thomas Edison State College, for which the FBI investigated and found Thomas Edison State Colleges claim of Mr. Harding's alleged threat to Thomas Edison State College to be false. The process has caused great emotional distress and personal injury to Mr. Harding.

WHEREFORE the petitioner asks the court to grant relief in the amount of  $ 3,326,445.00

Dated this 4th of July A.D 2017

_Kevin Anthony Harding_
Mr. Kevin A. Harding

COMPLAINT - 1

- Shock $50,000.00
- Career $50,000.00
- Confusion $25,000.00
- Anxiety $100,000.00
- Loss of Appetite $ 60,000.00
- Anger $40,000.00
- Degraded $125,000.00
- Depression $100,000.00
- Loss of Enjoyment $250,000.00
- Exacerbating of pre-existing conditions $100,000.00
- Resulting Finances $15,000.00
- Hopelessness $60,000.00
- Humiliation $50,000.00
- Inconvenience $ 10,000.00
- Job Performance $ 15,000.00
- Re action to pretext $15,000.00
- Sleeplessness $100,000.00
- Loss of Trust $50,000.00
- Loss of  Weight $75,000.00
- Low Self  Esteem $40,000.00
- Trouble Concentrating $ 250,000.00
- Freedom of Speech $250,000.00
- Loss of future earnings $1,586,445.00

Total = $ 3,326,445.00

COMPLAINT - 2